

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 28, 2022

2022-1894 - Masimo Corporation v. Apple Inc.

# NOTICE OF NON-COMPLIANCE

Your submitted document (Entry of Appearance) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The contact information for John M. Grover on the form does not match the information associated with the user's account. Please ensure the corrected appearance form contains up-to-date contact information. If that information differs from the information associated with the user's account, please also update that information through the PACER Service Center. Fed. Cir. R. 25(a)(5).

    *[Clerk's Note: See specifically email address.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: A. Kleydman, Deputy Clerk