**No. 22-1894**

# United States Court of Appeals
# for the Federal Circuit

**MASIMO CORPORATION,**

*Appellant,*

*v.*

**APPLE INC.,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE,
PATENT TRIAL AND APPEAL BOARD IN No. IPR2020-01526

**NOTICE OF WITHDRAWAL OF APPEARANCE
OF NON-PRINCIPAL COUNSEL RYAN TEEL AND
REMOVAL FROM ELECTRONIC NOTIFICATION**

Lauren A. Degnan
W. Karl Renner
Laura E. Powell
Ryan Teel
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
degnan@fr.com

Robert Courtney
FISH & RICHARDSON P.C.
60 South 6th Street
Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070

July 25, 2022                    *Attorneys for Appellee Apple Inc.*

**PLEASE TAKE NOTICE** that Ryan Teel of the law firm Fish &

Richardson P.C. withdraws his appearance on behalf of Appellee Apple Inc. in the

above captioned matter and request removal from electronic notification. *See* Fed.

Cir. R. 47.3(c).

**PLEASE TAKE FURTHER NOTICE** that Apple Inc. will continue to be

represented by Fish & Richardson P.C. and that Lauren A. Degnan has been duly

and properly designated by the Court as the principal counsel on behalf of

Appellee Apple Inc.

Dated:  July 25, 2022                    Respectfully submitted,

                                          /s/ Lauren A. Degnan
                                         Lauren A. Degnan
                                         W. Karl Renner
                                         Laura E. Powell
                                         Ryan Teel
                                         FISH & RICHARDSON P.C.
                                         1000 Maine Ave., Suite 1000
                                         Washington, DC 20024
                                         Telephone: (202) 783-5070

                                         Robert Courtney
                                         FISH & RICHARDSON P.C.
                                         60 South 6th Street, Suite 3200
                                         Minneapolis, MN 55402
                                         Telephone: (612) 335-5070

                                         *Attorneys for Appellee Apple Inc.*

## **CERTIFICATE OF SERVICE AND FILING**

I certify that on July 25, 2022, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL RYAN TEEL AND REMOVAL FROM ELECTRONIC NOTIFICATION** using the Court's CM/ECF filing system.  Counsel for appellant were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Lauren A. Degnan*
Lauren A. Degnan