**No. 22-1894**

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**

*Appellant,*

*v.*

**APPLE INC.,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NO. IPR2020-01526

**APPLE'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

| | |
|---|---|
| Lauren A. Degnan | Robert Courtney |
| W. Karl Renner | FISH & RICHARDSON P.C. |
| Michael J. Ballanco | 60 South 6th Street |
| Laura E. Powell | Suite 3200 |
| FISH & RICHARDSON P.C. | Minneapolis, MN 55402 |
| 1000 Maine Ave., Suite 1000 | Tel: (612) 335-5070 |
| Washington, DC 20024 | |
| Tel: (202) 783-5070 | |
| degnan@fr.com | |

November 21, 2022        *Attorneys for Appellee Apple Inc.*

# CERTIFICATE OF INTEREST

Counsel for Appellee Apple Inc. ("Apple") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

   **Apple Inc.**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

   **Apple Inc.**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **None**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   **Fish & Richardson P.C.: Andrew B. Patrick, Daniel D. Smith, Vivian Lu (no longer at firm)**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

   *Masimo Corporation, et al. v. Apple Inc.*,
   **Case No. 8:20-cv-00048 (C.D. Cal.)**

   *Masimo Corporation v. Apple Inc.*,
   **Case No. 22-1895 (Fed. Cir.)**

6. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

   **None/Not Applicable**

Dated:  November 21, 2022          */s/ Lauren A. Degnan*
                                   Lauren A. Degnan

## UNOPPOSED MOTION FOR 30-DAY
## EXTENSION OF TIME TO FILE APPLE'S RESPONSE BRIEF

Pursuant to Federal Circuit Rule 26(b), Appellee Apple Inc. ("Apple") respectfully requests and extension of time to file its response brief. This brief is currently due on December 19, 2022. Apple seeks a 30-day extension to January 18, 2023. This request is Apple's first extension request in this appeal. Apple's counsel has notified counsel for Appellant Masimo Corporation ("Masimo") of its intent to seek an extension, and Masimo's counsel had no objection to the requested extension.

Apple has good cause to request this extension. Counsel for Apple have professional commitments that hinder their ability to prepare a brief by the current deadline.

For the foregoing reasons, Apple respectfully requests a 30-day extension, to January 18, 2023, to file its response brief.

Dated: November 21, 2022                Respectfully submitted,

  */s/ Lauren A. Degnan*
Lauren A. Degnan
W. Karl Renner
Michael J. Ballanco
Laura E. Powell
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

Robert Courtney
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070

***Attorneys for Appellee Apple Inc.***

## DECLARATION IN SUPPORT OF UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE APPLE'S RESPONSE BRIEF

I, Lauren A. Degnan, declare as follows:

1. I am a principal with Fish & Richardson P.C. in its Washington, DC office. I am counsel for Appellee Apple Inc. ("Apple") in this appeal.

2. I submit this declaration in accordance with Federal Circuit Rule 26(b)(1) and in support of Apple's motion for a 30-day extension of time to file its response brief.

3. Good cause exists for this extension. Counsel for Apple have significant professional commitments that hinder their ability to prepare a brief by the current deadline. These commitments include the following:

- Those associated with submission of briefing regarding motion to sever and stay in *DoDots Licensing Solutions LLC v. Samsung Elecs. Co.*, No. 6:22-cv-00535 (W.D. Tex.) (due November 21, 2022);

- Those associated with submission of pre-trial motions in *Mondis Tech. Ltd. v. LG Elecs. Inc.*, No. 15-04431 (D.N.J.) (due November 22, 2022);

- Those associated with deadlines for summary determination motions in *Certain Movable Barrier Operator Systems*, No. 337-TA-1209E (USITC) (presently December 2, 2022);

- Those associated with the oral argument in *Finjan LLC v. Juniper Networks, Inc.*, No. 21-2253 (Fed. Cir.) (December 7, 2022);

- Those associated with the deadlines for completing fact discovery in *Certain Soft Projectile Launching Devices*, Inv. No. 337-TA-1325 (USITC) (presently December 14, 2022); and

3

- Those associated with the deadlines for completing fact discovery and expert reports in *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Civil Case No. 2:21-cv-00463-JRD (E.D. Tex.) (presently December 22, 2022 and January 17, 2023, respectively).

4. Appellant Masimo Corporation does not oppose this motion.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on November 21, 2022 in Washington, DC.

*/s/ Lauren A. Degnan*
Lauren A. Degnan

## CERTIFICATE OF SERVICE AND FILING

I certify that on November 21, 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE APPLE'S RESPONSE BRIEF** of appellee using the Court's CM/ECF filing system. Counsel for appellant were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

                                            */s/ Lauren A. Degnan*
                                            Lauren A. Degnan

## **CERTIFICATE OF COMPLIANCE**

  I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion contains 139 words, excluding the parts of the motion authorized by Fed. R. App. P. 27(a)(2)(B). This motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman, 14 Point.

Dated: November 21, 2022        */s/ Lauren A. Degnan*
                     Lauren A. Degnan