# No. 22-1894

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**

*Appellant,*

*v.*

**APPLE INC.,**

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NO. IPR2020-01526

## NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL LAURA POWELL AND REMOVAL FROM ELECTRONIC NOTIFICATION

Lauren A. Degnan
W. Karl Renner
Michael J. Ballanco
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
degnan@fr.com

Robert Courtney
FISH & RICHARDSON P.C.
60 South 6th Street
Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070

April 14, 2023

*Attorneys for Appellee Apple Inc.*

**PLEASE TAKE NOTICE** that the appearance of Laura E. Powell of the law firm Fish & Richardson P.C. on behalf of Appellee Apple Inc. in the above-captioned matter is hereby withdrawn and should be removed from electronic notification. *See* Fed. Cir. R. 47.3(c).

**PLEASE TAKE FURTHER NOTICE** that Apple Inc. will continue to be represented by Fish & Richardson P.C. and that Lauren A. Degnan has been duly and properly designated by the Court as the principal counsel on behalf of Appellee Apple Inc.

Dated: April 14, 2023                                  Respectfully submitted,

                                                           */s/ Michael J. Ballanco*
                                                           Lauren A. Degnan
                                                           W. Karl Renner
                                                           Michael J. Ballanco
                                                           FISH & RICHARDSON P.C.
                                                           1000 Maine Ave., Suite 1000
                                                           Washington, DC 20024
                                                           Telephone: (202) 783-5070

                                                           Robert Courtney
                                                           FISH & RICHARDSON P.C.
                                                           60 South 6th Street, Suite 3200
                                                           Minneapolis, MN 55402
                                                           Telephone: (612) 335-5070

                                                           ***Attorneys for Appellee Apple Inc.***

## CERTIFICATE OF SERVICE AND FILING

I certify that on April 14, 2022, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL LAURA POWELL AND REMOVAL FROM ELECTRONIC NOTIFICATION** using the Court's CM/ECF filing system.  Counsel for appellant were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Michael J. Ballanco*
Michael J. Ballanco