# Nos. 22-1894

## IN THE
# United States Court of Appeals
### FOR THE FEDERAL CIRCUIT

MASIMO CORPORATION,

*Appellant,*

v.

APPLE INC.,

*Appellee.*

APPEAL FROM THE PATENT TRIAL AND APPEAL BOARD
CASE NO. IPR2020-01526

## JOINT STATEMENT OF COMPLIANCE
## UNDER FED. CIR. R. 33(a)(2)(A)

| | |
|---|---|
| Joseph R. Re, *Principal Counsel* <br> Stephen C. Jensen <br> John M. Grover <br> Shannon Lam <br> **KNOBBE, MARTENS, OLSON & BEAR, LLP** <br> 2040 Main Street, 14th Floor <br> Irvine, CA 92614 <br> (949) 760-0404 <br><br> Jeremiah S. Helm <br> **KNOBBE, MARTENS, OLSON & BEAR, LLP** <br> 1717 Pennsylvania Ave., N.W. <br> Washington, D.C. 20006 <br> (202) 640-6400 <br><br> *Attorneys for Appellant* <br> *Masimo Corporation* | Lauren A. Degnan, *Principal Counsel* <br> W. Karl Renner <br> Michael J. Ballanco <br> **FISH & RICHARDSON P.C.** <br> 1000 Maine Ave., Suite 1000 <br> Washington, DC 20024 <br> Tel: (202) 783-5070 <br><br> Robert Courtney <br> **FISH & RICHARDSON P.C.** <br> 60 South 6th Street <br> Suite 3200 <br> Minneapolis, MN 55402 <br> Tel: (612) 335-5070 <br><br> *Attorneys for Appellee Apple Inc.* |

April 14, 2023

# **CERTIFICATE OF INTEREST**

Counsel for Appellant Masimo Corporation certifies the following:

1. The full name of every party represented by me is:

Masimo Corporation.

2. The name of the real party-in-interest represented by me is:

Masimo Corporation.

3. All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party represented by me are:

BlackRock Inc.

4. The name of all law firms and the partners or associates that appeared for the party in the lower tribunal or are expected to appear for the party in this court and who are not listed on the docket for the current case:

Knobbe, Martens, Olson & Bear, LLP: Jarom D. Kesler, Benjamin A. Katzenellenbogen, and Stephen W. Larson.

5. The case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:

*Masimo Corp. et al. v. Apple Inc.*, Civil Action No. 8:20-cv-00048-JVS-JDE.

6. Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):

None.

Dated: April 14, 2023     /s/ Jeremiah S. Helm
                              Jeremiah S. Helm

*Attorneys for Appellant*
*Masimo Corporation*

# CERTIFICATE OF INTEREST

Counsel for Appellee Apple Inc. ("Apple") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

    **Apple Inc.**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

    **Apple Inc.**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

    **None**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

    **Fish & Richardson P.C.: Andrew B. Patrick, Daniel D. Smith, Vivian Lu (no longer at firm)**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

    *Masimo Corporation, et al. v. Apple Inc.*,
        **Case No. 8:20-cv-00048 (C.D. Cal.)**

    *Masimo Corporation v. Apple Inc.*,
        **Case No. 22-1895 (Fed. Cir.)**

6.     Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None/Not Applicable**

Dated: April 14, 2023                    */s/ Michael J. Ballanco*
                                                    Michael J. Ballanco

Appellant Masimo Corporation and Appellee Apple Inc. hereby submit this Joint Statement of Compliance with Federal Circuit Rule 33(a)(2)(A).

The parties, by and through their counsel of record, have discussed settlement in accordance with Federal Circuit Rule 33. The parties have not reached a settlement.

                                                Respectfully submitted,

                                                KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 14, 2023        /s/ Jeremiah S. Helm
                                                Joseph R. Re, *Principal Counsel*
                                                Stephen C. Jensen
                                                John M. Grover
                                                Shannon Lam
                                                Jeremiah S. Helm

                                                *Attorneys for Appellant*
                                                *Masimo Corporation*

                                                FISH & RICHARDSON P.C.

Dated: April 14, 2023        /s/ Michael J. Ballanco (with permission)
                                                Lauren A. Degnan, *Principal Counsel*
                                                W. Karl Renner
                                                Michael J. Ballanco
                                                Robert Courtney

                                                *Attorney for Appellee*
                                                *Apple Inc.*

57405694