NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

2022-1894

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01526.

**ON MOTION**

**O R D E R**

Upon consideration of Masimo Corporation's motion for leave to file the reply brief out of time,

IT IS ORDERED THAT:

The motion is granted. ECF No. 28 is accepted as the reply brief.

                                             FOR THE COURT

| April 18, 2023 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |