

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER      CLERK'S OFFICE
CLERK OF COURT      202-275-8000

May 3, 2023

2022-1894 - Masimo Corporation v. Apple Inc.

# NOTICE OF NON-COMPLIANCE

The paper copies of the reply brief provided to the court by Masimo Corporation are not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit compliant paper copies that correct the following identified deficiencies:

- The paper copies of the reply brief have an incorrect cover color. The cover of any reply brief must be gray. Fed. R. App. P. 32(a)(2).

\* \* \*

<u>A party's failure to timely file corrected paper copies curing all defects identified on this notice may result in adverse action.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

Upon receipt of corrected paper copies, the Clerk's Office will appropriately dispose of the non-compliant versions previously provided.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court
By: V. Woodard, Deputy Clerk